UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MALINDA GRIFFIN,

Plaintiff,

vs.                                             Case No.: 11-60063-CV-Altonaga/Brown

GC SERVICES LIMITED PARTNERSHIP,

Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
 **WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: March 1, 2011            Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail:  AGlenn@cardandglenn.com
Florida Bar No.:  577261
J. Dennis Card, Jr.
E-mail:DCard@cardandglenn.com
Florida Bar No.  0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff