UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60063-CIV-ALTONAGA/Brown

**MALINDA GRIFFIN**,

    Plaintiff,

vs.

**GC SERVICES LIMITED PARTNERSHIP**,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Notice of Voluntary Dismissal with Prejudice [ECF No. 6], filed March 1, 2011. Being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order. The Clerk shall **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of March, 2011.

                                              *Cecilia M. Altonaga*
                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record